UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHEILA WILLIS,

    Plaintiff,

v.                                             Case No. 8:18-cv-1298-T-AEP

NANCY A BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court upon the Commissioner's Motion for Entry of Judgment with Remand (Doc. 13).[1] The Commissioner contends that remand is appropriate to have the Administrative Law Judge ("ALJ"):

> [E]valuate all opinion evidence of record including opinions from other federal agencies; evaluate Plaintiff's subjective statements and all lay testimony regarding Plaintiff's pain and other symptoms in accordance with the regulations and Social Security Ruling 16-3p; re-assess Plaintiff's residual functional capacity; proceed through the sequential evaluation process as needed and appropriate based on the updated record; take any further action to complete the administrative record; and issue a new decision.

(Doc. 13). Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the Commissioner's motion, it is hereby

ORDERED:

1. The Commissioner's Motion for Entry of Judgment with Remand (Doc. 13) is GRANTED.

---

[1] The parties consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c) (Doc. 17).

2. The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

3. The Clerk is directed to close the case.

DONE AND ORDERED in Tampa, Florida, this 9th day of January, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of record